UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MARK A. MILLER** | **CIVIL ACTION** |
| **versus** | **NO. 14-1599** |
| **SETH SMITH** | **SECTION: "F" (1)** |

### O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that petitioner's motion to stay these proceedings, Rec. Doc. 2, is **GRANTED** and that the Clerk of Court is directed to mark this action **CLOSED** for statistical purposes. **IT IS FURTHER ORDERED** that the Court retains jurisdiction in this matter and that petitioner is allowed to file a motion to reopen these proceedings **within thirty (30) days** after he has exhausted his remedies in the state courts.

New Orleans, Louisiana, this 5th day of January, 2015.

_____
**UNITED STATES DISTRICT JUDGE**